# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

In the Matter of the Designation of a Magistrate Judge for Service in Another District ) ) ) ) ) ) **ORDER**

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to the recusal of all the judges in the District of Montana, that district hereby certifies the need for magistrate judge assistance from the District of Nevada.

Therefore,

**IT IS HEREBY ORDERED**, that the Honorable Dana Christensen, Chief Judge, District of Montana, and the Honorable Gloria Navarro, Chief Judge, District of Nevada, hereby designate Nancy J. Koppe, U.S. Magistrate Judge, District of Nevada, to hold court and perform other judicial duties under 28 U.S.C. § 636, subsections (a), (b), and (c), in the District of Montana for the specific case *David Wayne Sconce v. Thomas J. Krag, et al.*, Case No. 13-cv-00281.

IT IS SO ORDERED.

Dated: March 4, 2014

_____
Honorable Dana Christensen, Chief Judge
District of Montana

Dated: March 3, 2014

_____
Honorable Gloria Navarro, Chief Judge
District of Nevada
Concurring