UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

\* \* \*

| | |
|---|---|
| DAVID WAYNE SCONCE,<br><br>                    Plaintiff,<br><br>    v.<br><br>THOMAS J. KRAG, et al.,<br><br>                    Defendants. | Case No. 9:13-CV-281-KJD-NJK<br><br>ORDER |

Before the Court is the Magistrate's Report and Recommendation (#34) that Plaintiff Sconce's claims should be dismissed without prejudice. Sconce timely objected (#36), and the time for Defendants to reply has expired.

The Court's obligation is "to arrive at its own independent conclusion about those portions of the magistrate's report to which objections are made." United States v. Remsing, 874 F.2d 614, 618 (9th Cir. 1989). Specifically, the Court is to engage in "de novo" review of the findings and recommendations objected to. 28 U.S.C. § 636(b)(1)(C) (2012). The Court has completed its de novo review and **HEREBY ADOPTS** and **AFFIRMS** the Magistrate's Findings and Recommendation (#34). Accordingly, Plaintiff Sconce's claims are **HEREBY DISMISSED** without prejudice and this case is **CLOSED**. Plaintiff has been given ample opportunity to file a proper complaint, but no such filing has been made to date.

DATED this 14th day of April 2014.

_____
Kent J. Dawson
United States District Judge